# William Howell, Appellee, v. City of Gillespie, Appellant.

## (Not to be reported in full.)

Appeal from the County Court of Macoupin county; the Hon. DAN MADDOX, Judge, presiding. Heard in this court at the April term, 1916. Reversed and remanded with directions. Opinion filed October 13, 1916.

## Statement of the Case.

Action by William Howell, plaintiff, against the City of Gillespie, defendant, to recover salary alleged to be due the plaintiff as city marshal of the defendant. From a judgment in favor of plaintiff for eighty dollars, defendant appeals.

The plaintiff having, without notice to the mayor left the city and put another man in his place as city marshal, the mayor notified the plaintiff that his services were no longer desired, requesting his immediate resignation and surrender of city property. Thereafter the plaintiff went to the office of the city clerk and delivered to him his star, keys, revolver, pair of handcuffs and other property belonging to the city, which he had possession of by virtue of his office, and did not again attempt to act as city marshal. The plaintiff claimed that such acts did not constitute a resignation of his office.

THOMAS RINAKER and ALFRED A. ISAACS, for appellant.

PEEBLES & PEEBLES, for appellee.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

1. OFFICERS, § 24*—*how resignation of office may be made.* A resignation of a public office may be either express or by implication.

2. OFFICERS, § 24*—*what constitutes resignation of police officer.* The action of a city marshal in surrendering the insignia of his office and the property of the city in his possession, after receiving a letter from the mayor requesting such resignation and making no attempt thereafter to perform the duties of the office, *held* a resignation of the office.

3. MUNICIPAL CORPORATIONS, § 1237*—*what is effect of award of execution against.* It is reversible error, in rendering judgment against a municipal corporation, to award an execution therefor against it.